# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 16, 2011

*Before*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 10-3327

IVANKA STANOJKOVA, et al.,
    *Petitioners,*

v.

ERIC H. HOLDER, JR., Attorney General
of the United States,
    *Respondent.*

Petition for Review of a Decision of
the Board of Immigration Appeals.

Nos. A095-930-601 & A095-930-602

**O R D E R**

This court's opinion issued on July 14, 2011, is hereby amended as follows:

On page 3, last sentence:  the sentence should end with the word "opinion." The words "by a "panel" consisting of one member of the Board" should be deleted.

On page 4, second line after third paragraph break:  delete "member".

On page 5, second sentence after indented quotation:   the words "member of the" should be deleted; also the words "who reviewed the judge's decision".  Same page, same paragraph, last sentence: delete "member".

On page 7, second paragraph, first sentence:  delete "member of the" and "who constituted the appellate tribunal".  Also in this sentence "he would" should be "it would" and "he seems" should be "it seems".   In the next sentence, "of his opinion he said" should be "of its

opinion the Board said"; and, delete "[the royal 'we']".  On the same line, "He affirmed" should be "The Board affirmed".

On page 8, first line:  delete "member".

On page 10, first line after first paragraph break:  delete "member".